# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | **ORDER** |
| Information Associated with Facebook | ) | |
| User ID jacqueline.bogner.31 that is | ) | |
| Stored at Premises Controlled by | ) | Case No. 1:21-mj-309 |
| Facebook Inc. | ) | |

In the affidavit filed in support of the above-captioned Search Warrant, the affiant requested that this matter remain under seal pending further order of the court. (Doc. No. 1-1).

The court **GRANTS** the request and **ORDERS** that all materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, and supporting affidavit, Search Warrant Return shall remain under seal until January 14, 2022, at which time this matter shall be unsealed without further order of the court.

Dated this 15th day of July, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court